JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Elizabeth A. Roberts | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | 2:22-cv-04542-MEMF-AFMx |
| v. | |
| FCA US, LLC, et al. | JUDGMENT |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 15, 2023 as docket number 21 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Elizabeth A. Roberts

and against

Defendant FCA US, LLC

according to the terms set forth in the Offer of Judgment.

Date: March 21, 2023

By: /s/ Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

CV-140 (02/21)   JUDGMENT